Order entered November 12, 2015



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01220-CV

## IN THE INTEREST OF N.A., A CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-14-01218-X**

## ORDER

On October 30, 2015, we ordered the appeal submitted without the reporter's record. Before the Court is appellant's November 9, 2015 motion to reinstate request for reporter's record. We **GRANT** appellant's motion and **VACATE** this Court's October 30, 2015 order.

We **ORDER** court reporter Pamela Sumler to file the reporter's record by **MONDAY, NOVEMBER 23, 2015**. We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Ms. Sumler and counsel for all parties.

/s/    ELIZABETH LANG-MIERS
       JUSTICE